In the Matter of MICHAEL PICHACZ et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al., Respondents.

Submitted January 5, 1948; decided January 16, 1948.

*John Di Leonardo* and *Alvin McKinley Sylvester* for motion. *Martin Benjamin* opposed.

Motion denied, without costs. (See rule 1 of the Rules of the Court of Appeals.)